UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

    Plaintiff,

vs.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND
GIANCARLO MOTTA,

    Defendants.
_____/

NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Jesus Dicuru Antonetti, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

    Dated this 23rd day of January 2026.

                                                             s/Katelyn Schickman, Esq.
                                                             Katelyn Schickman, Esq. (1064879)
                                                             katie@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                             135 San Lorenzo Avenue
                                                             Suite 770
                                                             Coral Gables, FL 33146
                                                             Tel:  305.230.4884
                                                             Counsel for Plaintiff