UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

    Plaintiff,

vs.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND
GIANCARLO MOTTA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.**

Plaintiff, Jesus Dicuru Antonetti files the Return of Service on Defendant, MOCA Logistics & Industrial Solutions, Inc. (served on January 26, 2026).

Dated this 28th day of January 2026.

    s/Katelyn Schickman, Esq.
    Katelyn Schickman, Esq.
    Fla. Bar No. 1064879
    katie@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*