# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60177-AHS

Plaintiff: **JESUS DICURU ANTONETTI**
vs.
Defendant: **MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 23rd day of January, 2026 at 10:50 am to be served on **MOCA Logistics & Industrial Solutions, Inc. c/o Ralph James, Registered Agent, 9000 Sheridan St., Suite 170, Pembroke Pines, FL 33024**.

I, Ernesto Avila, do hereby affirm that on the **26th day of January, 2026** at **12:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Enrique Rodriguez, Staff Administrator** as **Employee** for **MOCA Logistics & Industrial Solutions, Inc.**, at the alternate address of: **9000 Sheridan St., Suite 175, Pembroke Pines, FL 33024**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Additional Information pertaining to this Service:**
1/26/2026  12:50 pm  Service Made: 9000 Sheridan St., Suite 175, Pembroke Pines, FL 33024. They moved from suite 170 to 175.

**Description** of Person Served: Age: 69, Sex: M, Race/Skin Color: Hispanic, Height: 5'7", Weight: 175, Hair: Salt&Pepper, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000073

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e