UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

      Plaintiff,

vs.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND
GIANCARLO MOTTA,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, GIANCARLO MOTTA

      Plaintiff, Jesus Dicuru Antonetti, files the Return of Service on Defendant, Giancarlo Motta (served on February 2, 2026).

      Dated this 12th day of February 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff
