# AFFIDAVIT OF SERVICE

| Case: 0:26-CV-60177-AHS | Court: United States District Court for the Southern District of Florida | County: | Job: 15080386 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jesus Dicuru Antonetti | | **Defendant / Respondent:** Moca Logistics & Industrial Solutions, Inc. and Giancarlo Motta | |
| **Received by:** Simple Process | | **For:** Fair Law Firm | |
| **To be served upon:** Giancarlo Motta | | | |

I, James Ross, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Giancarlo Motta, Home: 6121 Heritage Park Drive, Chattanooga, TN 37416
**Manner of Service:** Personal/Individual, Feb 2, 2026, 12:11 pm EST
**Documents:** Summons and Complaint (Received Jan 28, 2026 at 2:51pm EST)

**Additional Comments:**
1) Successful Attempt: Feb 2, 2026, 12:11 pm EST at Home: 6121 Heritage Park Drive, Chattanooga, TN 37416 received by Giancarlo Motta. Age: Late 30's; Ethnicity: Hispanic; Gender: Male; Weight: 170; Height: 6'2"; Hair: Brown;
Personally served to the person who identified themselves as being the defendant.

_____  2/8/26
James Ross                Date

Simple Process
114 Stuart Rd. Ne #290
Cleveland, Tn 37312
423-333-7635

Subscribed and sworn to before me by the affiant who is personally known to me.

Candace Olivia Brock
Notary Public

2/8/26           3/27/29
Date             Commission Expires

