**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

   *Plaintiff*,

       v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

   *Defendant*.

### DEFENDANT MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, Defendant, Moca Logistics & Industrial Solutions, Inc. ("Moca Logistics"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6 and hereby moves to enlarge the time to respond to Plaintiff, Jesus Dicuru Antonetti's Complaint, and as grounds therefore states as follows:

1. Plaintiff filed his Complaint on January 22, 2026.

2. On or about January 26, 2026, Moca Logistics was improperly served in this lawsuit.

3. On or about February 12, 2026, the recently retained undersigned counsel confirmed with counsel for Plaintiff that it would waive service of process pursuant to Federal Rule of Civil Procedure 4 to avoid the necessity of a motion to quash.

4. The undersigned counsel requires additional time to review the allegations in the Complaint and investigate the same.

5. Despite reasonable efforts undertaken to accomplish dialogue prior to filing this motion, the undersigned were unable to secure the opposing party's agreement to the same.

6. There is no trial pending in this matter at this time, and this motion is not intended for purposes of delay.

7. Accordingly, Moca Logistics respectfully requests that this Court enter an Order extending Moca Logistics deadline to respond to the Complaint to April 13, 2026.

WHEREFORE, Defendant, Moca Logistics & Industrial Solutions, Inc. respectfully requests that this Court enter an Order extending the time within which Defendant Moca Logistics & Industrial Solutions, Inc. is required to file a response to Plaintiff's Complaint to April 13, 2026, along with any such other relief that this Honorable Court deems just and proper.

Dated this 16th day of February, 2026.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-331-4480
Facsimile 954-474-7979
Primary e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: nolan.greene@csklegal.com
Alternative e-mail: maya.berry@csklegal.com

By: */s/ Nolan T. Greene*
NOLAN T. GREENE
Florida Bar No.: 1062264
NICHOLAS M. NASH II
Florida Bar No.: 1017063