UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

    Plaintiff,

vs.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

    Defendants.
_____/

## NOTICE OF FILING WAIVER OF SERVICE

Plaintiff, Jesus Dicuru Antonetti, notifies the Court and all parties of the filing of the Waiver of Service by Defendant, MOCA Logistics & Industrial Solutions, Inc.

Dated this 17th day of February 2026.

                                              s/Katelyn Schickman, Esq.
                                              Katelyn Schickman, Esq.
                                              Fla. Bar No. 1064879
                                              katie@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              Counsel for Plaintiff