**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Civil Action No. No: 0:26-CV-60177-AHS
Honorable Raag Singhal

JESUS DICURU ANTONETTI.,

   *Plaintiff*,

   v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

   *Defendant*.

## NOTICE OF CHANGE OF ADDRESS/E-MAIL ADDRESS

PLEASE TAKE NOTICE that, pursuant to Southern District of Florida Local Rule 11.1(g), the undersigned counsel hereby notifies the Court and all parties of a change in contact information. All future pleadings, correspondence, and notices shall be directed to the address and e-mail listed in the signature block below.

Dated this 18th day of February, 2026.

                                          Respectfully submitted,

                                          COLE, SCOTT & KISSANE, P.A.
                                          110 Tower
                                          110 S.E. 6th Street, Suite 2700
                                          Fort Lauderdale, Florida 33301
                                          Telephone 954-703-3713
                                          Facsimile 954-703-3701
                                          Primary e-mail: nolan.greene@csklegal.com
                                          Secondary e-mail: maya.berry@csklegal.com

By:   */s/ Nolan T. Greene*
            NOLAN T. GREENE
            Florida Bar No.: 1062264