UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-AHS

JESUS DICURU ANTONETTI,

    *Plaintiff*,

    *v.*

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

    *Defendant*.

### DEFENDANT GIANCARLO MOTTA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, Defendant, Giancarlo Motta ("Motta"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6 and hereby moves to enlarge the time to respond to Plaintiff, Jesus Dicuru Antonetti's Complaint, and as grounds therefore states as follows:

1.  Plaintiff filed his Complaint on January 22, 2026.

2.  On or about February 2, 2026, Giancarlo Motta was served in this lawsuit, making a response due on or before February 23, 2026.

3.  Motta has recently retained the undersigned counsel regarding this litigation.

4.  The undersigned counsel needs additional time to review the allegations in Plaintiff's Complaint and investigate the same. Accordingly, Defendant respectfully requests that this Court enter an Order extending Motta's deadlines to respond to the Complaint to March 9, 2026.

CASE NO.: 0:26-CV-60177-AHS

5. The undersigned counsel conferred with counsel for Plaintiff who does not oppose the relief requested herein.

6. There is no trial pending in this matter at this time, and this Motion is not intended for purposes of delay.

7. Granting this Motion will not prejudice any party.

8. Accordingly, Giancarlo Motta respectfully requests that this Court enter an Order extending Giancarlo Motta's deadline to respond to the Complaint to March 9, 2026.

WHEREFORE, Defendant, Giancarlo Motta, respectfully requests that this Honorable Court enter an Order extending the time within which Defendant, Giancarlo Motta is required to file a response to Plaintiff's Complaint to March 9, 2026, along with any such other relief that this Honorable Court deems just and proper.

Dated this 23rd day of February, 2026.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Giancarlo Motta.*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-331-4480
Facsimile 954-474-7979
Primary e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: nolan.greene@csklegal.com
Alternative e-mail: maya.berry@csklegal.com

By: */s/ Nolan T. Greene*
NOLAN T. GREENE
Florida Bar No.: 1062264
NICHOLAS M. NASH II
Florida Bar No.: 1017063