UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-AHS

JESUS DICURU ANTONETTI,

   *Plaintiff*,

      v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

   *Defendant*.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, Defendants, Moca Logistics & Industrial Solutions, Inc. ("Moca") and Giancarlo Motta ("Motta") (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, and hereby moves to enlarge the time to respond to Plaintiff, Jesus Dicuru Antonetti's ("Plaintiff") Complaint, and as grounds therefore states as follows:

1. Plaintiff filed his Complaint on January 22, 2026.

2. February 17, 2026, this Court granted Moca's Motion for Extension of Time to Respond to Plaintiff's Complaint. *See* ECF 12. Moca's response is currently due March 10, 2026. *Id.*

3. On February 23, this Court granted Motta's Motion for Extension of Time to Respond to Plaintiff's Complaint. *See* ECF 16. Motta's response is currently due March 9, 2026. *Id.*

CASE NO.: 0:26-cv-60177-AHS

4. Defendants require an additional extension to finalize and file the responses due to the need for complete review and to coordinate with Defendants, up through and including Friday, March 13, 2026.

5. There is no trial pending in this matter at this time, and this request is made in good faith and not for purposes of delay.

6. Granting this Motion will not prejudice any party.

7. The undersigned discussed the relief requested in this motion by email on March 9, 2026 with the opposing party and the opposing party did not respond despite reasonable efforts undertaken to accomplish dialogue prior to filing the Motion.

WHEREFORE, the Defendants, MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.; and GIANCARLO MOTTA, respectfully requests that the foregoing Motion be granted by this Court and that the Court enter an Order allowing the Defendants file their response on March 13, 2026, along with any such other relief that this Honorable Court deems just and proper.

Dated this 9th day of March, 2026.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.; and GIANCARLO MOTTA*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-331-4480
Facsimile 954-474-7979
Primary e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: nolan.greene@csklegal.com
Alternative e-mail: maya.berry@csklegal.com

By: */s/ Nolan T. Greene*
NOLAN T. GREENE
Florida Bar No.: 1062264

CASE NO.: 0:26-cv-60177-AHS

                                                                           _____
                                                                           NICHOLAS M. NASH II
                                                                           Florida Bar No.: 1017063