UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60177-CIV-SINGHAL

JESUS DICURU ANTONETTI,

    Plaintiff,

v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. and GIANCARLO MOTTA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion for Extension of Time to Respond to Complaint (the "**Motion**").  (DE [17]).  The Court appreciates Defendants' promptly filing an amended certificate of conferral certifying Plaintiff's non-opposition to the Motion.  (DE [19]).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [17]) is **GRANTED**.  Defendants shall respond to the Complaint by **March 13, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF