UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-AHS

JESUS DICURU ANTONETTI,

    Plaintiff,

v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

    Defendant.

## DECLARATION OF DEFENDANT GIANCARLO MOTTA IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to 28 U.S.C. § 1746, I hereby declare the following:

1. My name is Giancarlo Motta. I am over the age of eighteen (18) years of age and fully competent to make this Declaration. This Declaration is given in support of Defendant, Giancarlo Motta's Motion to Dismiss for Lack of Personal Jurisdiction filed in the case above captioned.

2. The information contained in this Declaration is either based on my personal knowledge or derived from business records which are, or were, made at or near the time by, or from, information transmitted by a person with knowledge and that are kept in the course of regularly conducted business activities.

3. I have at all material times hereto, been domiciled and a citizen of Tennessee. I have never been domiciled in, and have never been a citizen of, the State of Florida.

4. I am currently the President of Moca Logistics & Industrial Solutions, Inc., a Tennessee for-profit corporation ("Moca"), which has its principal office located at 6121 Heritage Park Drive, Suite 100, Chattanooga, Tennessee 37416.

5. I personally do not maintain a bank account, office, or any other facility in the State of Florida. I do not direct any advertising, sell any goods, products, or services in Florida, nor do I derive significant revenues from the State of Florida. I do not own, lease, or possess any interest whatsoever in any asset in the State of Florida, including real or personal property.

6. Moca transacts business internationally. Moca is authorized to transact and does transact business in the State of Florida and maintains an executive suite in the State of Florida. However, Moca does not direct any advertising into the State of Florida, sell any products or goods in the State of Florida. Moca's estimated revenues in the State of Florida is less than 9%.

7. I am personally involved with the subject matter of the litigation solely to the extent that I am the President of Moca. However, all activities, operations, management, transactions, and otherwise wage-related decisions were conducted by Moca's human resources department.

8. I have not personally engaged in any substantial activity within the State of Florida. I have not personally operated, conducted, or engaged in business in Florida. I have not committed any tortious acts in Florida, let alone any tortious acts in general.

**FURTHER AFFIANT SAYETH NOT**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13 day of March, 2026.

_____
Giancarlo Motta
Moca Logistics & Industrial Solutions, Inc.