**From:** Giancarlo Motta <gmotta@mocalogistics.com>
**Sent:** Wednesday, October 15, 2025 5:19:43 PM
**To:** Vanessa Ocando <vocando@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>
**Cc:** Jorge Papatzikos <jPapatzikos@mocalogistics.com>; Carolina Nicolicchia <caronico@mocalogistics.com>; Marjoris Mendoza <mmendoza@mocalogistics.com>
**Subject:** Plan de recuperacion bundles

Buenas tardes,

Basado en lo conversado el día de hoy con relación al plan de recuperación de Bundles, donde Vanessa debe enfocarse en la venta de proyectos a la brevedad posible. Dejo por escrito que se requiere la presencia de Vanessa Ocando en la oficina de Miami desde el día de mañana. A su vez la presencia de Jesus Dicuru como coordinador de Bundles es necesaria tambien para apoyar en este proceso.

La recuperación de las ventas requiere dedicación exclusiva, sumado a tener a Carolina dedicada a la creación de esta estrategia.

Saludos,

Giancarlo Motta
Commercial Director



+1 (423) 580 5897

gmotta@mocalogistics.com