### RE: Autorización para inicio de proyecto NW 12 Bags Cart

**From** Giancarlo Motta <gmotta@mocalogistics.com>

**Date** Mon 8/11/2025 10:46 AM

**To** Vanessa Ocando <vocando@mocalogistics.com>; Berlitz Alvarez <balvarez@mocalogistics.com>; Ana Mejia <amejia@mocalogistics.com>

**Cc** Andrea Mendiri <amendiri@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>

Buenos dias a todos,

Es asi Vane,

Estos primeros sites serán TM



**Giancarlo Motta**
Commercial Director

+1 (423) 580 5897

gmotta@mocalogistics.com

www.mocalogistics.com

**From:** Vanessa Ocando <vocando@mocalogistics.com>
**Sent:** Monday, August 11, 2025 10:04 AM
**To:** Berlitz Alvarez <balvarez@mocalogistics.com>; Giancarlo Motta <gmotta@mocalogistics.com>; Ana Mejia <amejia@mocalogistics.com>
**Cc:** Andrea Mendiri <amendiri@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>
**Subject:** Re: Autorización para inicio de proyecto NW 12 Bags Cart

Gian,

Debemos conversar con el cliente sobre este punto nuevamente, la ultima actualizacion elos enviarian una sola PO para los sites del pilot para ser manejados como T&M.

Quedo atenta a tus comentarios.

Saludos,



#MOCAONETEAM
"Your one stop shop for Industrial Solution"

**Vanessa Ocando**
Execution Operation Manager

 +1 (786) 542 4370

 vocando@mocalogistics.com

 www.mocalogistics.com

*"Talent wins games, but teamwork and intelligence win championships."*
*— Michael Jordan*

---

**From:** Berlitz Alvarez <balvarez@mocalogistics.com>
**Sent:** Monday, August 11, 2025 9:44 AM
**To:** Giancarlo Motta <gmotta@mocalogistics.com>; Vanessa Ocando <vocando@mocalogistics.com>; Ana Mejia <amejia@mocalogistics.com>
**Cc:** Andrea Mendiri <amendiri@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>
**Subject:** Re: Autorización para inicio de proyecto NW 12 Bags Cart

Hola Team,

Solo para confirmar, estos **NW 12 Bags Cart** se estaran manejando como Fixed o T&M? En algun momento se comento serian T&M..

Quedo atenta,
Saludos!



**Berlitz Alvarez**
**Project Cost Controller**
+1 (423) 660 2827
balvarez@mocalogistics.com
www.mocalogistics.com

---

**From:** Giancarlo Motta <gmotta@mocalogistics.com>

**Sent:** Monday, August 11, 2025 9:42 AM
**To:** Vanessa Ocando <vocando@mocalogistics.com>
**Cc:** Berlitz Alvarez <balvarez@mocalogistics.com>; Andrea Mendiri <amendiri@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>
**Subject:** RE: Autorización para inicio de proyecto NW 12 Bags Cart

Adelante



### Giancarlo Motta
Commercial Director

+1 (423) 580 5897

gmotta@mocalogistics.com

www.mocalogistics.com

---

**From:** Vanessa Ocando <vocando@mocalogistics.com>
**Sent:** Monday, August 11, 2025 9:24 AM
**To:** Giancarlo Motta <gmotta@mocalogistics.com>
**Cc:** Berlitz Alvarez <balvarez@mocalogistics.com>; Andrea Mendiri <amendiri@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Paul Yelamo <paulgy@mocalogistics.com>
**Subject:** Autorización para inicio de proyecto NW 12 Bags Cart

Buen día, equipo:

@Giancarlo Motta, el día de hoy está programado el inicio del proyecto **NW 12 Bags Cart**. Aún no hemos recibido la PO por parte del cliente y, para poder asignar y agendar al personal hoy, requerimos tu autorización.

**Sites:**

- DWI4 – 2025-01218

- DYY3 – 2025-01198

Quedo atenta a cualquier información adicional que requieras.

Saludos,

**Vanessa Ocando**
Execution Operation Manager



#MOCAONETEAM

"Your one stop shop for Industrial Solution"

 +1 (786) 542 4370

 vocando@mocalogistics.com

 www.mocalogistics.com

*"Talent wins games, but teamwork and intelligence win championships."*
— **Michael Jordan**