

| Position | Non-Inventory Receiver | Reviewed by: | Elena Hinestroza | **Updated: December 2022** |
|---|---|---|---|---|
| **Department:** | Operations | **Approved:** | Giancarlo Motta | August 2022 |

| Direction or Department | Main goal: | | |
|---|---|---|---|
| Operations | The Non Inventory Specialist receive and maintain countability of the items the site receives during the project to ensure the success of each project. | | |
| **Chart** | **Responsibilities** | | |

**Chart:**

- Position to which the Supervisor reports: Regional Manager
- Immediate Supervisor: Project Manager
- Positions reporting: 1 or 2

**Responsibilities**

**General responsibilities:**

1. Analyze and define the work methodology (with the PM) to use to use during the project.
2. Perform counts and ensure all inventory is accounted for and reported according to company policy.
3. Organize, update, and control the Inventory when is requested by the client (Kitting and Sorting)
4. Maintain adequate inventory levels to meet customer demand.
5. Investigate and correct discrepancies in reported quantities and locations of all inventories, keeping record of the data.
6. Monitor delivery schedule and customer orders.
7. Receive deliveries in site and coordinate unloading area.
8. Communicate and file claims when defective products are discovered and/or quantity discrepancies happens with the Project Manager.
9. Coordinate with customer service and logistics departments
10. Check date-sensitive products for expiration and facilitate removal or transfer of product as needed.
11. Develop and train your work team, ensuring quality, assertiveness, and standardization of processes.
12. Establish trusted relationships with suppliers to ensure quality service and cost-effective deals
13. Coordinate the "close out" of the project in the Inventory area.
14. Contribute to the effectiveness of the Management System and comply with all procedures and policies established for the quality management system.
15. Ensure the delivery of the necessary reports for the delivery - receipt of the required items at the work site in order to ensure the expected result.

*JD-1*
JD-I



| Skills and Qualifications | |
|---|---|
| Educational level: | Technical training or bachelor's degree in logistics, business administration, or similar preferred. |
| Certifications or Accreditations: | CPR and FIRST AID preferred. Fire extinguisher/Fire safety preferred. |
| Effective experience: | 1 years of experience in warehousing, logistics, inventory, or similar job position. Experience working in warehouse projects with work teams. |
| Knowledge required: | Bilingual (English and Spanish) preferred. Advance skills in Microsoft Office (Excel). |
| Skills: | Ability to communicate through different levels of the organization. Solid communication, decision-making, and organizational skills. Ability to think critically and problem solving. Willingness to seek continuous improvement in processes. Working under pressure. |
| Requirements: | Ability to perform physical activities and lift or carry items between 20 to 40 lbs. when required. Availability to travel. |
| Scope and Magnitude: | **Supervision of others:** Direct **Direct reports**: 1-2 **Travel Required:** 100% of the time. |

_JD-1_
JD-I

**Signature:** _Jesus Dicuru – INV_
Jesus Dicuru - INV (Nov 4, 2024 09:21 EST)

**Email:** jesusdicuru@hotmail.com