**Comunicaciones Internas**

# MOCA >>> NEWS

## Informando, inspirando y conectando a los MOCANOS.



## ¡MOCA sigue creciendo!

El pasado martes 1 de abril, celebramos con entusiasmo la inauguración de nuestra nueva sucursal en Miami, Florida. Esta oficina, ubicada en un punto estratégico, es el reflejo del crecimiento y desarrollo continuo de MOCA.

Con un equipo base conformado por REI, QA y Finanzas, damos este importante paso hacia la expansión, fortaleciendo nuestra presencia y operaciones. Durante la apertura, contamos con la valiosa presencia de nuestros directores y colaboradores locales, quienes marcaron el inicio oficial de esta nueva sede.






Miguel Yépez, Giancarlo Motta, Francesca Ayello ,Vanessa Ocando, Jesus Dicuru, Paul Yelamo, Jorge Papatzikos.

## Cumpleaños de Abril

- 10 de Abril | **David Sanchez**
- 16 de Abril | **Arnoldo Atencio V.**
- 17 de Abril | **Lesky Torres**
- 18 de Abril | **Arnoldo Atencio**
- 18 de Abril | **Moises Velasquez**
- 20 de Abril | **Lissette Dicuru**
- 26 de Abril | **Diego Motta**

## ¡RAMP ya está aquí!

**¡Atención, Mocanos! A partir de ahora, reportar tus recibos y facturas de gasto será más fácil, práctico y ordenado con Ramp.**
Si ya recibiste el correo con la invitación para unirte a la plataforma. Ten a la mano tu teléfono y datos bancarios para completar la información de manera rápida y sencilla.

Con la llegada de esta **nueva herramienta a MOCA,** también recibirás información clave sobre su uso. Durante la primera semana de abril, se publicarán un instructivo y un video explicativo, así que mantente atento a nuestros canales de información tradicionales.

**Importante: A partir de ahora, Ramp será la única forma oficial de reportar tus recibos de gastos** (como maletas, taxis, herramientas, etc.).
En MOCA, seguimos transformándonos y apostando por la mejora continua, optimizando nuestros procesos para hacerlos más eficientes y ágiles para todos.


