**De:** Jorge Papatzikos <jPapatzikos@mocalogistics.com>
**Enviado:** jueves, 27 de marzo de 2025 11:11
**Para:** Paul Yelamo <paulgy@mocalogistics.com>; Vanessa Ocando <vocando@mocalogistics.com>; Jesus Dicuru <jdicuru@mocalogistics.com>; Francesca Ayello <fayello@mocalogistics.com>; Miguel Yepez <myepez@mocalogistics.com>
**Cc:** Giancarlo Motta <gmotta@mocalogistics.com>; Lissette Dicuru <lisdicuru@mocalogistics.com>; Julio Villasmil <jvillasmil@mocalogistics.com>; Benhope Munroe <bmunroe@mocalogistics.com>; Marjoris Mendoza <mmendoza@mocalogistics.com>; Carolina Nicolicchia <caronico@mocalogistics.com>; Mariana Perez <mperez@mocalogistics.com>
**Asunto:** Nueva oficina regional MOCA Florida

Estimado Equipo

Les comunico con mucha alegría que a partir de este martes 1 de Abril a las 8 am, abre sus puertas y comienza formalmente a operar la oficina regional de MOCA para el estado de la Florida, la cual funcionara como sede para todos los integrantes del equipo residenciados en la zona y además tendrá puestos físicos a la disposición que funcionaran como base para los que estemos itinerantes en la región.

MOCA está realizando esta inversión y esfuerzo con varios propósitos, entre los cuales están:

- Ofrecer un espacio de trabajo a todo nuestro equipo de la zona que cuente con todas las comodidades para realizar sus funciones
- Incrementar la importancia del trabajo en equipo, compartiendo experiencias y uniendo esfuerzos.
- Tener una base de operaciones que funcione como centro de negocios, contar con una extensión de nuestro negocio y un espacio donde podamos construir nuevos negocios, afiliarnos a diferentes cámaras y organizaciones donde podamos atender clientes, sentar bases en el estado y mostrarnos como una empresa con  solida presencia en Florida
- Ampliar la capacidad de contratar talento para la empresa, tanto en variedad como en calidad y espacio, aprovechar el  talento regional de MOCA que pudiera ser parte del

3/14/26, 2:32 PM

área corporativa.
- Contar con un centro de operaciones y punto de encuentro a todo el personal operativo de MOCA y desde allí generar más  valor al negocio.

En un principio trabajaran ya desde el martes 1ero de abril directamente desde esta oficina nuestros colegas: Paul Yelamo, Vanessa Ocando, Jesus Dicuru, Franchesca Ayello y Miguel Yepez.

Yo estaré presente durante una semana al mes al menos y existen otras personas o ideas en desarrollo que usaran aún más nuestra oficina.

Quiero resaltar el esfuerzo hecho por el equipo con Paul Yelamo a la cabeza, donde ni siquiera hubo la necesidad de contratar un realtor, todo se hizo por ellos, desde la búsqueda, la selección, la negociación, la compra del mobiliario y hasta la mudanza con sus propios medios . Es muy reconfortante evidenciar el compromiso y cariño hacia la empresa. Mi agradecimiento y felicitacion a ustedes.

Giancarlo y yo estaremos el martes físicamente dando la apertura oficial a la oficina en conjunto con el equipo asignado a la misma.

Por último, estoy convencido de que va a ser otro proyecto exitoso de MOCA para su consolidación y crecimiento, de contar con el absoluto compromiso del equipo que estará trabajando desde esta nueva sede y de que se le dará el mejor uso a esta oficina para el futuro de todos y de las empresa.

Felicidades a todos



**Jorge Papatzikos**
General Director

  +1 (954) 646 3506

  jpapatzikos@mocalogistics.com

  www.mocalogistics.com