**FL25000002298**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____      Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100448419051

04/14/25--01014--010  **75.75

**RECEIVED**

APR 1 0 2025



# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:**   Moca Logistics & Industrial Solutions, Inc.
_____
Name of corporation - must include suffix

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida," "Certificate of Existence," or "Certificate of Good Standing" and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

Ralph James
_____
Name of Person

Moca Logistics & Industrial Solutions, Inc.
_____
Firm/Company

6121 Heritage Park Dr STE 100
_____
Address

Chattanooga, TN 37416
_____
City/State and Zip code

rjames@mocalogistics.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Ralph James                             423                565-6510
_____     at (_____)   _____
Name of Person                      Area Code        Daytime Telephone Number

**STREET/COURIER ADDRESS:**            **MAILING ADDRESS:**
Registration Section                              Registration Section
Division of Corporations                         Division of Corporations
The Centre of Tallahassee                       P.O. Box 6327
2415 N. Monroe Street, Suite 810          Tallahassee, FL  32314
Tallahassee, FL  32303

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**
☐ $70.00 Filing Fee      ■ $78.75 Filing Fee &      ☐ $78.75 Filing Fee &      ☐ $87.50 Filing Fee,
                                     Certificate of Status              Certified Copy                    Certificate of Status &
                                                                                                                       Certified Copy

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. Moca Logistics & Industrial Solutions, Inc.

(Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp." "Inc," "Co," or "Corp.")

Moca Logistics, Inc.

(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. Tennessee

(State or country under the law of which it is incorporated)

3. 83-2665216

(FEI number, if applicable)

4. 11/28/2018

(Date of incorporation)

5. _____

(Date of duration, if other than perpetual)

6. 04/01/2025

(Date first transacted business in Florida, if prior to registration)
(SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. 6121 Heritage Park Dr. STE 100 Chattanooga, TN 37416

(Principal office **street** address)

_____

(Current mailing address, if different)

8. Name and <u>street address</u> of Florida registered agent: (P.O. Box <u>NOT</u> acceptable)

Name: Ralph James

Office Address: 9000 Sheridan St Suite #170

Pembroke Pines
(City)

, Florida 33024
(Zip code)

9. **Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*



(Registered agent's signature)

10. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

11. For initial indexing purposes, list names, titles and addresses of the primary officers and/or directors (up to six (6) total):

## A. DIRECTORS

☐Chairman    Name: Giancarlo Motta

☐Vice Chairman    Address: 1013 Cumberland Rd

☐Director    Chattanooga, TN 37419

■President

☐Vice President

☐Secretary      ☐Treasurer

☐Other _____      ☐Other _____

☐Chairman    Name: Maria Gutierrez

☐Vice Chairman    Address: 7990 Chianti Way

☐Director    Chattanooga, TN 37421

☐President

☐Vice President

■Secretary      ☐Treasurer

☐Other _____      ☐Other _____

---

☐Chairman    Name: _____

☐Vice Chairman    Address: _____

☐Director

☐President

☐Vice President

☐Secretary      ☐Treasurer

☐Other _____      ☐Other _____

☐Chairman    Name: _____

☐Vice Chairman    Address: _____

☐Director

☐President

☐Vice President

☐Secretary      ☐Treasurer

☐Other _____      ☐Other _____

---

☐Chairman    Name: _____

☐Vice Chairman    Address: _____

☐Director

☐President

☐Vice President

☐Secretary      ☐Treasurer

☐Other _____      ☐Other _____

☐Chairman    Name: _____

☐Vice Chairman    Address: _____

☐Director

☐President

☐Vice President

☐Secretary      ☐Treasurer

☐Other _____      ☐Other _____

---

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

12. _____
Signature of Director or Officer

The officer or director signing this document (and who is listed in number 11 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155. F.S.

13. Giancarlo Motta President
(Typed or printed name and capacity of person signing application)





**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/

**Tre Hargett**
Secretary of State

RALPH JAMES                                                              02/27/2025
8400 SMOKETREE CIRCLE
OOLTEWAH, TN 37363, USA

**Request Type: Certificate of Existence/Authorization**          Issuance Date: 02/27/2025

Request #: C2025004853

**Document Receipt**

Order Number: C2025004853                               Verification #: E6578B8D

Receipt #: 2025-41483                                   Filing Fee:          $20.00

Payment: Credit Card - 3892813497                                           $20.00

| | | | |
|---|---|---|---|
| Entity Name: | MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. | | |
| SOS Control #: | 000996964 | Initial Filing Date: | 11/28/2018 |
| Entity Type: | For-profit Corporation | Formation Locale: | TENNESSEE |
| Status: | Active | Duration Term: | Perpetual |
| Fiscal Year Close: | December | Annual Report Due: | 04/01/2025 |
| Business County: | HAMILTON | | |
| Shares of Stock: | 1000 | | |
| Obligated Member Entity: | No | | |

## CERTIFICATE OF EXISTENCE

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that effective as of the issuance date noted above

### MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC.

* is a Corporation duly incorporated under the law of this State with a date of incorporation and duration as given above;
* has paid all fees, interest, taxes and penalties owed to this State (as reflected in the records of the Secretary of State and the Department of Revenue) which affect the existence/authorization of the business;
* has filed the most recent annual report required with this office;
* has appointed a registered agent and registered office in this State;
* has not filed Articles of Dissolution or Articles of Termination. A decree of judicial dissolution has not been filed.

Tre Hargett
Secretary of State

Verification #: E6578B8D