**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-CV-60177-AHS

JESUS DICURU ANTONETTI,

*Plaintiff*,

*v.*

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

*Defendants*.

**ORDER STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

THIS CAUSE having come before the Court upon *Defendant Giancarlo Motta's Motion to Stay Discovery Pending Resolution of Motion to Dismiss for Lack of Personal Jurisdiction* (ECF [X]) (the "Motion"), and the Court, having been advised that the attorneys for the respective parties have agreed and stipulated hereto, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**.

2. Discovery directed towards Defendant, Giancarlo Motta, shall be stayed pending this Court's determination of the *Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction* (ECF [26]).

**DONE** and **ORDERED** in Chambers at Broward County, Florida, this ____ day of ____________________, 2026.

RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to:

All counsel of record.