UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

Plaintiff,

vs.

MOCA LOGISTICS &
INDUSTRIAL SOLUTIONS, INC.
AND GIANCARLO MOTTA,

Defendants.
_______________________________/

**PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Jesus Dicuru Antonetti, notifies the Court that ninety (90) days have elapsed since the filing of Defendant Giancarlo Motta's Motion to Dismiss Plaintiff's Amended Complaint For Lack of Personal Jurisdiction filed April 10, 2026, Plaintiff's Response in Opposition filed April 26, 2026, and Defendant Motta's Reply in Support of Defendant's Motion to Dismiss filed May 1, 2026 [ECF Nos. 26, 27, 28], without a hearing or ruling thereon.

Dated this 21st day of October 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*