**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

*Plaintiff*,

*v.*

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

*Defendants*.

**JOINT MOTION FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Plaintiff, Jesus Dicuru Antonetti, and Defendants, MOCA Logistics & Industrial Solutions, Inc. ("MOCA") and Giancarlo Motta ("Motta") (collectively, the "Parties"), pursuant to 28 U.S.C. § 636 and Rule 1 of the Magistrate Judge Rules of the Southern District of Florida, jointly request this Court enter an Order referring this matter for a settlement conference with Magistrate Judge Jared M. Strauss. In support thereof, the Parties state as follows:

1. Plaintiff filed a Complaint against Defendants, alleging they violated the overtime pay requirements of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* (the "FLSA") [ECF No. 1].

2. Defendant MOCA filed its Answer and Affirmative Defenses to the Complaint on March 13, 2026 [DE 22].

3. Defendant Motta responded to the Complaint the same day, filing a Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 21].

4. Plaintiff then filed an Amended Complaint on March 27, 2026, also alleging that Defendants violated the overtime pay requirements of the FLSA [ECF No. 23].

5. Defendant MOCA filed its Answer and Affirmative Defenses to the Amended Complaint on April 10, 2026 [ECF No. 25].

6. Defendant Motta responded to the Amended Complaint the same day, filing a Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 26].

7. Undersigned counsel for the Parties have conferred and agree that a settlement conference with the United States Magistrate Judge assigned to this case, Magistrate Judge Strauss, may facilitate meaningful settlement discussions and assist the parties in narrowing the issues, if not resolving this matter in its entirety.

a. Plaintiff requests the settlement be conducted in person.

b. Defendants request the settlement conference occur by videoconference.

8. Undersigned counsel's experience is that a settlement conference with the assigned Magistrate Judge can be effective in breaking a negotiation deadlock or move the parties closer to settlement.

9. The Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.,* 299 U.S. 248, 254 (1936); *see also Clinton v. Jones*, 520 U.S. 681, 706-07 (1997).

10. Federal courts have broad authority to manage civil actions and facilitate settlement discussions. *See* FED. R. CIV. P. 16(a)(5), (c)(2)(I).

11. The Parties respectfully request that the Court exercise its discretion by directing them to conduct a settlement conference with the assigned Magistrate Judge in light of the foregoing.

12. Undersigned counsel have conferred and agreed to the relief requested herein, and agreed to participate in a settlement conference with Magistrate Strauss at a mutually convenient date and time in the near future.

WHEREFORE, the Parties respectfully request that this Court enter an Order referring this matter to Magistrate Judge Strauss for a settlement conference and grant other and such further relief as the Court deems just and proper.

Dated this 3rd day of November, 2026

Respectfully submitted,

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Defendant MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. and Limited Appearance Counsel for Defendant GIANCARLO MOTTA*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-331-4480
Facsimile 954-474-7979
Primary e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: nolan.greene@csklegal.com
Alternative e-mail: maya.berry@csklegal.com

By: */s/ Nolan T. Greene*
NOLAN T. GREENE
Florida Bar No.: 1062264
NICHOLAS M. NASH II
Florida Bar No.: 1017063

**FAIRLAW FIRM**
*Counsel for Plaintiff JESUS DICURU ANTONETTI*
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone 305-230-4884
Primary e-mail: brian@fairlawattorney.com
Secondary e-mail: katie@fairlawattorney.com

By: */s/ Brian H. Pollock*

______________________________________

BRIAN H. POLLOCK
Florida Bar No.: 174742
brian@fairlawattorney.com
KATELYNN SCHICKMAN
Florida Bar No.: 1064879
katie@fairlawattorney.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and the foregoing agree upon the resolution of this motion.

By: *_/s/ Nolan T. Greene_*
NOLAN T. GREENE
Florida Bar No.: 1062264
NICHOLAS M. NASH II
Florida Bar No.: 1017063

1917.2493-00