**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-CV-60177-SINGHAL/STRAUSS

JESUS DICURU ANTONETTI,

*Plaintiff*,

*v.*

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. AND GIANCARLO MOTTA,

*Defendants*.

**ORDER GRANTING JOINT MOTION FOR REFERRAL**
**TO MAGISTRATE FOR SETTLEMENT CONFERENCE**

THIS CAUSE came before the Court on the parties *Joint Motion for Referral to Magistrate Judge for Settlement Conference* (the "Motion"), and after reviewing the Motion, and the Court having been advised that the attorneys for the respective parties have agreed and stipulated hereto, and being otherwise fully informed in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the parties shall conduct a settlement conference with U.S. Magistrate Judge Jared M. Strauss. Counsel shall confer and jointly contact Magistrate Judge Strauss' chambers within the next 10 days to schedule the settlement conference. Magistrate Judge Strauss will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference.

2. The Settlement Conference date may not be changed without prior approval from the Magistrate Judge. Except as provided under Local Rule 16.2(e), the appearance of counsel and each party, or representatives of each party with full authority to enter a full and complete settlement, is mandatory. Appearance shall be ***[in person] / [by videoconference];*** telephonic appearance is prohibited absent court order.

3. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within seven (7) days of the conference.

4. If the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order.

5. The parties shall take note that in civil actions, the Court does not provide an interpreter for parties who do not speak English.

6. In the event that a party requires an interpreter, it shall be that party's burden to provide one.

7. The conference shall be conducted without a court reporter and will not be tape recorded.

8. In the event this matter settles prior to the conference, the parties shall immediately advise the Magistrate Judge's chambers.

9. All representations and statements made at the conference shall remain confidential.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of November, 2026.

RAAG SINGHAL
U.S. DISTRICT COURT JUDGE