UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60177-CIV-SINGHAL

JESUS DICURU ANTONETTI,

Plaintiff,

v.

MOCA LOGISTICS & INDUSTRIAL SOLUTIONS, INC. and GIANCARLO MOTTA,

Defendants.
_________________________________/

**ORDER OF REFERRAL**

**THIS CAUSE** is before the Court on Joint Motion for Referral to United States Magistrate Judge for Settlement Conference (the "**Motion**"). (DE [35]). Having considered the Motion and pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [35]) is **GRANTED**. This matter is **REFERRED** to Magistrate Judge Jared M. Strauss for settlement conference, either in-person or via Zoom, at a time and date to be coordinated between counsel and Judge Strauss's Chambers.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of November 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel via CM/ECF
Hon. Jared M. Strauss